22-15

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

Instructions are on page 2.

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503 – 6800 | 04/26/2022 |

| ☒ Judicial District | G.A. Number: | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | | New Haven | Major: T   Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| John R. Williams, 51 Elm Street, New Haven, CT 06510 | 067962 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 562 – 9931 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)
jrw@johnrwilliams.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: McMahon, Robert C.<br>Address: 39 Shetland Drive, Wallingford, CT 06492 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Judkins, Erik<br>Address: c/o Wallingford Police Department, 135 North Main Street, Wallingford, CT 06492 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

RECEIVED  APR 0 4 2022  DEPT. OF LAW

RECEIVED FOR RECORD 4/4/2022 AT 10:00 pm AND RECEIVED BY Deborah McKernan TOWN CLERK

Total number of plaintiffs: 1   Total number of defendants: 1   ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 03/22/2022 | | ☐ Clerk | John R. Williams |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2



RETURN:  APRIL 26, 2022

| | | |
|---|---|---|
| ROBERT C. McMAHON | : | SUPERIOR COURT |
| VS. | : | J. D. OF NEW HAVEN |
| ERIK JUDKINS | : | MARCH 22, 2022 |

## COMPLAINT

1. At all times mentioned herein, the plaintiff was an adult resident of Wallingford, Connecticut.

2. At all times mentioned herein, the defendant was an officer in the Wallingford Police Department, acting as such and under color of law. He is sued, however, only in his individual capacity.

3. On or about September 18, 2020, on Ward Street near East Street in Wallingford, the defendant stopped the plaintiff's motor vehicle without justification and arrested the plaintiff. The defendant thereafter searched the plaintiff's person and his motor vehicle. All of these things were done without a warrant.

4. The defendant had no probable cause, nor even reasonable suspicion, for any of the foregoing.

5. The defendant thereupon took the plaintiff into custody and caused him to be transported to the headquarters of the Wallingford Police Department.

1



There, the plaintiff was booked and held in custody until he was able to post a bond in order to obtain his release from custody.

6. The defendant filed a false police report in which he made false statements to make it appear that he had legal justification for the motor vehicle stop, the arrest, and the searches described above.

7. As a result, the plaintiff was required to obtain the assistance of attorneys and to appear in court as an accused criminal.

8. On March 3, 2021, in the Superior Court at Meriden, before Judge Stuart D. Rosen, Assistant State's Attorney Charles Johnson explained to the court that he had reviewed the evidence in the case and had determined that the defendant had misrepresented the facts in his police report and that, in fact, there was no justification for stopping the plaintiff's vehicle and no probable cause for the arrest or searches described. The court thereupon dismissed all charges against the plaintiff.

9. In the manner described above, the defendant violated the plaintiff's Fourth Amendment rights to be free from false arrest and malicious prosecution, rights enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE the plaintiff claims judgment against the plaintiff for compensatory damages, punitive damages, attorney fees and costs as provided

4-5-2022   4A22044RSWX0001   6020220405018799

https://www.sedgwicksir.com/EditorHTML5/printModule.html   4/21/2022

by 42 USC § 1988.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com

3

RECEIVED APR 0 4 2022
By_____

RETURN:   APRIL 26, 2022

ROBERT C. McMAHON          :   SUPERIOR COURT

VS.                        :   J. D. OF NEW HAVEN

ERIK JUDKINS               :   MARCH 22, 2022

## PRAYER FOR RELIEF

The plaintiff claims judgment for compensatory damages, punitive damages and attorney fees in an amount greater than fifteen thousand dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (#67962)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com



RECEIVED
APR 0 4 2022
By_____

4